# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

EDWARD H. JANUSEY AND DEBORAH H. JANUSEY, HIS WIFE,

        Petitioners

        v.

DEAN M. GROSE AND VALERIE J. GROSE, HIS WIFE,

        Respondents

: No. 69 WAL 2020
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:
:
:

EDWARD H. JANUSEY AND DEBORAH H. JANUSEY, HIS WIFE,

        Petitioners

        v.

DEAN M. GROSE AND VALERIE J GROSE, HIS WIFE,

        Respondents

: No. 70 WAL 2020
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of August, 2020, the Petition for Allowance of Appeal is **DENIED**.